In the Matter of the Election of Directors of Manoca Temple Association. Manoca Temple Association and Others, Appellants; Wesley Brougham, as Treasurer of Manoca Lodge, No. 219, I. O. O. F. of the State of New York and Others, Respondents.— Motion denied, without costs. Order unanimously affirmed, with costs.

Joseph F. Morrissey, Respondent, v. William H. Gibbs, Appellant.— Judgment and order unanimously affirmed, with costs.

Frederick W. Newman, Respondent, v. Oaks Hotel Company, Appellant.— Motion denied.

Evelyn A. Nichols and Hannah J. Nichols, Respondents, v. The Lehigh Valley Railroad Company, Appellant.— Judgment unanimously affirmed, with costs. Kellogg, J., not sitting.

The People of the State of New York, Appellant, v. John W. Brannan and Others, as Commissioners of Public Charities of the City of New York, Composing the Board of Trustees of Bellevue and Allied Hospitals, Respondents.— Order unanimously affirmed, with costs.

The People of the State of New York ex rel. Wilmer H. Dunn, Respondent, v. The Board of Supervisors of Clinton County, Appellant.— Final order unanimously affirmed, with costs.

The People of the State of New York, Respondent, v. Earl Shepard, Appellant.— Judgment of conviction unanimously affirmed.

The People of the State of New York, Respondent, v. Carl Daniels, Appellant.— Judgment of the County Court and Police Court reversed, upon the opinion in People v. Baum (ante, p. 481), decided at this term of court. All concurred.

The People of the State of New York, Respondent, v. Fred Sears and Others, Appellants.— Judgment of the County Court and Police Court reversed, upon the opinion in People v. Baum (ante, p. 481), decided herewith. All concurred.

The People of the State of New York, Respondent, v. James Ralph, Appellant. — Judgment and order unanimously affirmed.

The People of the State of New York, Respondent, v. Paul Behrendt, Appellant.— Judgment unanimously affirmed.

Frank E. Smith, Appellant, v. The Board of Supervisors of the County of Essex, Respondent.— Order of affirmance amended so as to state that the order is affirmed, not as a matter of discretion, but upon the grounds stated in the order appealed from. The motion for leave to go to the Court of Appeals granted, and the following question certified: Was the application for injunction